## The Farmers National Bank of Allendale, Defendant in Error, v. Melchoir Leipold et al., Plaintiffs in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Wabash county; the Hon. J. C. EAGLETON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 16, 1918.

### Statement of the Case.

Action of assumpsit by The Farmers National Bank of Allendale, plaintiff, against Melchoir Leipold and George S. Clarke, defendants, on a promissory note. From a judgment for plaintiff, defendants bring error.

The decision in this case is governed by the decision in *Keen v. Leipold, ante,* p. 163.

E. B. GREEN, THEODORE G. RISLEY and HOWARD P. FRENCH, for plaintiff in error George S. Clarke.

P. J. KOLB and M. J. WHITE, for defendant in error.

MR. JUSTICE HIGBEE delivered the opinion of the court.